**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Leon Gelfand | 0312571 PBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Yelena Goldin et al | Complaint, Cover Sheet, Production of Documents |

**SERVE** → **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Yelena Goldin

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
14 Beecher Terrace, Newton, MA 02459-2319

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Richard F. Ready, Esquire<br>25 Walnut Street, Suite 300<br>Wellesley, MA 02481 | Number of process to be served with this Form - 285 : **2**<br><br>Number of parties to be served in this case : **5**<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Deliver in hand, if possible.

Service of Complaint, Summons, Cover Sheet and Request for Production of Documents

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | 781-239-1088 | 12/23/03 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | *Nancy [illegible]* | 1/6/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| *[illegible handwriting]* | |
| Address (complete only if different than shown above) | Date of Service | Time | ☐ am ☐ pm |
| | *[illegible]* | | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | 85.40 | | | |

REMARKS: *[illegible handwriting]*

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

LEON GELFAND,

V.

**SUMMONS IN A CIVIL CASE**

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN,
and ATLANTIC FISH MARKET, INC.,

CASE NUMBER:

# 03  12571 PBS

TO: (Name and address of Defendant)

Yelena Goldin
14 Beecher Terrace
Newton, MA  02459-2319

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

12.19 03

CLERK

(By) DEPUTY CLERK