# UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
No. 03 12571 PBS


LEON GELFAND,

       V.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN,
and ATLANTIC FISH MARKET, INC.


## ANSWER OF DEFENDANT, YELENA GOLDIN

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Admitted.

9.      Denied.

10.      Denied.

11.      The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 11.

12.      The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 12.

13.    The Defendant cannot either admit or deny as the allegations in Paragraph 13 call for a legal conclusion as to liability under the alleged promissory note and requires the Defendant to speculate as to the state of mind of the Plaintiff.

14.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 14.

15.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 15.

16.    Denied.

17.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 17.

18.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 18.

19.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 19.

20.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 20.

21.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 21.

22.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 22.

23.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 23.

24.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 24.

25.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 25.

26.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 26.

27.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 27.

28.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 28.

29.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 29.

30.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 30.

31.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 31.

32.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 32.

33.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 33.

34.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 34.

35.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 35.

36.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 36.

37.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 37.

38.    Denied.

39.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 39.

40.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 40.

41.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 41.

42.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 42.

43.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 43.

44.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 44.

45.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 45.

46.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 46.

47. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 47.

48. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 48.

49. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 49.

50. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 50.

51. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 51.

52. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 52.

53. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 53.

54. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 54.

55. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 55.

56. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 56.

57. The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 57.

58.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 58.

59.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 59.

60.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 60.

61.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 61.

62.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 62.

63.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 63.

64.    The Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 64.

65.    No answer necessary.

66.    Denied.

67.    Denied.

68.    Denied.

69.    No answer necessary.

70.    Denied.

71.    No answer necessary.

72.    Denied.

73.    Denied.

74.    No answer necessary.

75.    Denied.

76.    Denied.

77.    Denied.

78.    No answer necessary.

79.    Denied.

80.    No answer necessary.

81.    Denied.

82.    Denied.

83.    Denied.

84    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

88.    Denied.

89.    Denied.

90.    No answer necessary.

91.    Denied.

92.    Denied.

93.    Denied.

94.    Denied.

95.    Denied.

96.    No answer necessary.

97.     Denied.

98.     Denied.

99.     Denied.

100.    Denied.

101.    Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction

### THIRD AFFIRMATIVE DEFENSE

A compromise involving the claim of the Plaintiff was compromised and the compromise was fully satisfied, hence accord and satisfaction was reached.

### FOURTH AFFIRMATIVE DEFENSE

The allegations of the Plaintiff against the Defendant are absent of any consideration.

### FIFTH AFFIRMATIVE DEFENSE

The allegations upon which the Plaintiff sues are barred as there a\has been a failure of consideration.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has taken an unreasonable time in bringing his case, which has resulted in the detriment to the Defendant and therefore is barred by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

The causes of action brought by the Plaintiff are barred by the statute of frauds as no writing or other exemption has been satisfied.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff by his actions and words is estopped from bringing this action against the Defendant as the Plaintiff intended to reduce reliance by the Defendant upon its actions and representations and as a consequence of such reliance the Defendant acted to her detriment.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff by his actions has waived all of his rights to bring an action against the Defendant.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to satisfy the statutory prerequisites for collection of a promissory note.

The Defendant,
Yelena Goldin,
By her attorney,

Neal M. Brown
185 Lincoln Street - Suite 200
Hingham  MA  02043
Tel. No. (781) 740-2744
BBO# 548119

Date: February 3, 2004

## CERTIFICATE OF SERVICE

I, Neal B. Brown, Esquire hereby certify that I have this 3rd day of February, 2004 served a copy of the above answer of on the attorney of record for the Plaintiff, Leon Gelfand, Richard F. Ready, Esquire, 25 Walnut Street Suite 300, Wellesley  MA 02184-2016 by first class, postage pre-paid mail.

Neal M. Brown