UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS                 U.S. DISTRICT COURT
                                          No. 03 12571 PBS

LEON GELFAND,

      V.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN,
and ATLANTIC FISH MARKET, INC.

## NOTICE OF APPEARANCE

Please notice my appearance for David Goldin, a Defendant, in the above referenced matter. Please put my name on the service list so that I will receive copies of all pleadings and orders in this matter.

Respectfully submitted,

NEAL M. BROWN
Attorney at Law
185 Lincoln Street, Suite 200
Hingham, MA 02043
BBO# 548119
(781) 740-2744

Date: February 3, 2004

### Certificate of Service

I, Neal M. Brown, certify that on this date, I served a true copy of the above Notice of Appearance on Richard F. Ready, Esq., 25 Walnut Street Suite 300 Wellesley, MA 02184-2016 by first class mail, postage prepaid.

Neal M. Brown