U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | |
|---|---|---|
| Leon Gelfand | COURT CASE NUMBER | 0312571 PBS |
| DEFENDANT | TYPE OF PROCESS | |
| Atlantic Fish Market, Inc. | Complaint/Production of Docs/Cover Sheet | |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boris Sorkin, President, Atlantic Fish Market, Inc.

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
270 Parson Street, Brighton, MA 02135

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Service in Hand, if possible.
Service of Complaint, Cover Sheet, Request for Production of Documents, Summons

Signature of Attorney or other Originator requesting service on behalf of:
Rich F. Ready

X PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 781-239-1088
DATE: 12/23/03

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | 1/5/04 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Address (complete only if different than shown above):
UNABLE TO EXECUTE.
RETURNED PER REQUESTER

Date of Service: 01/30/04
Time: pm
Signature of U.S. Marshal or Deputy