**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Leon Gelfand | 031257PBS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Henry B. Wynn et al | Complaint/Cover Sheet/ Production of Documents |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Henry B. Wynn

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
99 Pond Avenue, #710, Brookine, MA 02445-7118

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Deliver in Hand, if possible.
Alternate service address: 270 Parsons Street, Brighton, MA 02135
Service of Complaint, Summons, Cover Sheet and Production of Document Request

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 781-239-1088
DATE: 12/23/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Nancy Iolanieu | Date 1/5/04 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)
→ Serve at 270 Parsons St
Brighton. Bus. address.

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 01/30/04  Time: pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: [illegible handwritten notes] ... RETURN AT REQUEST OF REQUESTOR

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)