AO 440 (Rev. 8/01) Summons in a Civil Action

2 26 04

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

LEON GELFAND,

V.

**SUMMONS IN A CIVIL CASE**

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN,
and ATLANTIC FISH MARKET, INC.;

CASE NUMBER:

TO: (Name and address of Defendant)

Boris Sorkin, President
Atlantic Fish Market, Inc.
270 Parson Street
Brighton, MA  02135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  12.19.03

(By) DEPUTY CLERK

DOCKETED