≈AO 440 (Rev. 8/01) Summons in a Civil Action

2-26-04
Km

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LEON GELFAND,

V.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN,
and ATLANTIC FISH MARKET, INC.,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 1257

TO: (Name and address of Defendant)

Boris Sorkin
75 Valentine Street
Newton, MA  02465

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12.19.03

CLERK                                           DATE

(By) DEPUTY CLERK