AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

LEON GELFAND,

V.

BORIS SORKIN, DAVID GOLDIN, YELENA GOLDIN, HENRY B. WYNN, and ATLANTIC FISH MARKET, INC.,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**03 12571 PBS**

TO: (Name and address of Defendant)

Henry B. Wynn
33 Pond Avenue #1008
Brookline, MA 02445-7118

Henry B. Wynn
270 Parsons Street
Brighton, MA 02135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Ready, Esquire
25 Walnut Street, Suite 300
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



DATE  12.19.03

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

February 25, 2004

I hereby certify and return that on 2/24/2004 at 08:59 am I served a true and attested copy of the summons and complaint and first request for production of documents in this action in the following manner: To wit, by delivering in hand to Henry B. Wynn at 33 Pond Avenue #1008 Brook House Brookline, MA 024457118. Conveyance ($3.00), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($2.56) Total Charges $41.56

*[signature]*
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.