UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
No. 03 12571 PBS

LEON GELFAND,
    Plaintiff,

vs.

BORIS SORKIN, DAVID GOLDIN, YELENA GOLDIN, HENRY B. WYNN, and ATLANTIC FISH MARKET, INC.,
    Defendants

## REQUEST FOR DEFAULT
### (Pursuant to Rule 55 (a))

To the Clerk of the above-named Court:

I, the undersigned, Richard F. Ready, attorney for the above-named plaintiff, state that the Complaint in which a judgment for affirmative relief is sought against David Goldin, the defendant herein, was filed on December 19, 2003, and the summons and a copy of the Complaint have been served on said David Goldin on January 9, 2004, as appears from the return of the U.S. Marshal; that the time within which the defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the defendant herein has failed to serve or file an answer or otherwise defend as to the Complaint.

Wherefore the Plaintiff Leon Gelfand makes application that the Defendant David Goldin be defaulted.

Dated at Wellesley, Massachusetts, this 1st day of March, 2004.

Signed under the penalties of perjury.

Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite #300
Wellesley, MA 02481
(781) 239-1088
BBO #561947

## CERTIFICATE OF SERVICE

I, Richard F. Ready, counsel for Leon Gelfand, Plaintiff, hereby certifies that a true copy of the Plaintiff's Request For Default Judgment (Rule 55 (a )) has been served by mailing, first class mail, postage prepaid, to Neil Marshall Brown, Esquire, 185 Lincoln Street, Hingham, MA, 02043, counsel for Defendant David Goldin, on March 1, 2004.

_____
Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite 300
Wellesley, MA 02481
(781) 239-1088
B.B.O. #561947