UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEON GELFAND,                           CASE NO. 03 12571 PBS
                    Plaintiff

vs.

BORIS SORKIN,
DAVID GOLDIN,
YELENA GOLDIN,
HENRY B. WYNN, and
ATLANTIC FISH MARKET, INC.,
                    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS BORIS SORKIN AND ATLANTIC FISH MARKET, INC.'S MOTION TO DISMISS

### (PURSUANT TO FEDL. R. CIV. P. 12(b)(1), (6) and (7))

The defendants, BORIS SORKIN and ATLANTIC FISH MARKET, INC., through their counsel, move to dismiss the complaint filed against them pursuant to the applicable provisions of Fed'l. R. Civ. P. 12(b)(1), (6) and (7).

Defendants state that the plaintiff wrongfully and frivolously sought the jurisdiction of this Court by inserting a claim under the Racketeer Influenced and Corrupt Organization Act (RICO) to present an alleged federal question.

Defendants therefore argue that this court is bereft of subject matter jurisdiction (Fed'l. R. Civ. P. 12(b)(1) and the instant action be dismissed with prejudice against them since the plaintiff has failed to state a claim for

1

which relief can be granted under the RICO statute (Fed'l. R. Civ. P. 12(b)(6).

                                        ATLANTIC FISH MARKET, INC.,
                                        BORIS SORKIN
                                        By their attorney,

                                        _____
March 8, 2004                     GERALD J. ZYFERS
                                        BBO No. 542967
                                        80 Clinton Place
                                        Newton, MA 02459-1141
                                        (617) 641-9170