UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************
LEON GELFAND,                              CASE NO. 03 12571 PBS
                Plaintiff

vs.

BORIS SORKIN,
DAVID GOLDIN,
YELENA GOLDIN,
HENRY B. WYNN, and
ATLANTIC FISH MARKET, INC.,
                Defendants
*******************************

### CERTIFICATE OF SERVICE

Gerald J. Zyfers, attorney for the defendants, Atlantic Fish Market, Inc. and Boris Sorkin, certifies that on March 8, 2004, he caused to be served a copy of the within DEFENDANTS BORIS SORKIN AND ATLANTIC FISH MARKET, INC.'S MOTION TO DISMISS, by first class mail, postage prepaid, upon the attorneys for the defendants, defendant, pro se and the plaintiff, as follows:

Henry B. Wynn
33 Pond Street
Brookline, MA
02445

Neal Brown, Esq.
185 Lincoln Street
Hingham. MA
02043

Richard F. Ready, Esq.
25 Walnut Street
Suite 300
Wellesley, MA
02481-2106

_____
Gerald J. Zyfers