UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leon Gelfand

           Plaintiff,           CIVIL ACTION
                                      NO.   03-12571-PBS

    v.

Boris Sorkin, et al

           Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                          March 15, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Re: Motion to Dismiss by Boris Sorkin and Atlantic Fish Market on **April 30, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                   By the Court,

                                                                                  /s/ Robert C. Alba
                                                                                  Deputy Clerk

Copies to:  All Counsel