UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leon Gelfand

        Plaintiff,          CIVIL ACTION
                                        NO.  03-12571-PBS

    v.

Boris Sorkin, et al

        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                        March 16, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Re: Motion to Dismiss by Henry Wynn on **April 30, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                By the Court,


                                                               /s/ Robert C. Alba
                                                                Deputy Clerk


Copies to:  All Counsel