UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS                                    U.S. DISTRICT COURT
                                                             No. 03 12571 PBS

LEON GELFAND,                          )
       Plaintiff,                      )
                                       )
                                       )
vs.                                    )
                                       )
                                       )
BORIS SORKIN, DAVID GOLDIN, YELENA     )
GOLDIN, HENRY B. WYNN, and ATLANTIC    )
FISH MARKET, INC.,                     )
       Defendants                      )

## PLAINTIFF'S OPPOSITION TO DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO DISMISS

Now comes the Plaintiff, Leon Gelfand, in the above-captioned matter and hereby opposes the Defendants, David Goldin's and Yelena Goldin's Motion to Dismiss. As reason thereof the Plaintiff states as follows:

1. The Plaintiff, Leon Gelfand, filed the subject complaint for relief pursuant to 18 U.S.C. §1961, 1962, Civil RICO.

2. The complaint arises out of the use of Atlantic Fish, Inc., the "enterprise" by Defendants, Boris Sorkin, David Goldin, Yelena Goldin and Henry Wynn to commit fraud by causing the Plaintiff to wire large sums of money in foreign commerce.

3. Defendants David Goldin and Yelena Goldin, through their intentional misrepresentations, caused the Plaintiff to "invest" $500,000 via the Defendants association with Atlantic Fish, Inc., with the intent to defraud the Plaintiff of his money.

4. The Defendants predicate acts were numerous and were related and coordinated for the intended purpose of defrauding the Plaintiff of his money.

5. The Defendants' criminal acts occurred over a substantial time beginning in December 2001 and continue today.

6. As a direct result of the individual Defendant's acts, Gelfand has suffered severe economic injury.

7. The Plaintiff has alleged in his complaint with specificity, sufficient facts so as to meet all elements required under the statute.

8. The Plaintiff relies on his Memorandum in Opposition to Defendants, David Goldin's and Yelena Goldin's Motion to Dismiss, and exhibits attached thereto in support of his opposition.

9. The Plaintiff has been denied access to the corporate documents by the subject civil RICO Defendants and therefore he should be allowed to conduct, discover, and later amend his complaint. *New England Data Servs., Inc. v. Becher*, 829 F.2d 286 (1st Cir. 1987).

10. The foreign parties the Defendants claim must be joined were in fact used by the Defendants as a ruse to lure the Plaintiff in and deprive him of his investment and are not necessary parties, under Fed. R. Civ. P.19.

11. The Defendants have filed their Motion to Dismiss in violation of Local Rule 7.1(A)(2), by failing to certify in their motion that they have conferred with the plaintiff in good faith.

WHEREFORE, Leon Gelfand, Plaintiff in the above-captioned matter, hereby requests that this honorable court grant the following relief.

1. Deny the Defendants' Motion to Dismiss; or in the alternative,

2. Grant the Plaintiff, a reasonable period of discovery, and an opportunity to amend his complaint.

>Respectfully submitted,
>LEON GELFAND, Plaintiff
>
>By his attorney,
>
>_/s/ Richard F. Ready_
>Richard F. Ready, Esquire
>Law Offices of Richard F. Ready
>25 Walnut Street, Suite #300
>Wellesley, MA 02481
>(781) 239-1088
>BBO #561947

Dated: March 17, 2004

### CERTIFICATE OF SERVICE

I, Richard F. Ready, Esquire, hereby certify that I have served the attached Plaintiff's Opposition to Defendants, David Goldin's and Yelena Goldin's Motion to Dismiss; and, Plaintiff's Memorandum in Opposition to Defendants, David Goldin's and Yelena Goldin's Motion to Dismiss by mailing a copy thereof, postage prepaid, this date to: Neil M. Brown, Esquire, 185 Lincoln Street, Hingham, Massachusetts, Attorney for David Goldin and Yelena Goldin; and to Gerald J. Zyfers, Esquire, 80 Clinton Place, Newton, Massachusetts, attorney for Boris Sorkin and Atlantic Fish, Inc.

Dated: March 17, 2004

Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite 300
Wellesley, MA 02481
(781) 239-1088
B.B.O. #561947