**UNITED STATES OF AMERICA**

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
No. 03 12571 PBS

| | |
|---|---|
| **LEON GELFAND,**<br>        **Plaintiff,**<br><br>*vs.*<br><br>**BORIS SORKIN, DAVID GOLDIN, YELENA GOLDIN, HENRY B. WYNN, and ATLANTIC FISH MARKET, INC.,**<br>        **Defendants** | ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT, HENRY B. WYNN'S MOTION TO DISMISS

Now comes the Plaintiff, Leon Gelfand, in the above-captioned matter and hereby opposes the Defendant, Henry B. Wynn's Motion to Dismiss. As reason thereof the Plaintiff states as follows:

1. The Plaintiff, Leon Gelfand, filed the subject complaint for relief pursuant to 18 U.S.C. §1961, 1962, Civil RICO.

2. The complaint arises out of the use of Atlantic Fish, Inc., the "enterprise" by Defendants, Boris Sorkin, David Goldin, Yelena Goldin and Henry Wynn ("Wynn") to commit fraud by causing the Plaintiff to wire large sums of money in foreign commerce.

3. Wynn, who represented himself as counsel for the enterprise, Atlantic Fish Market, Inc. ("Atlantic"), through his intentional misrepresentations, in concert with the other individual defendants, caused the Plaintiff to "invest" $500,000 via the Defendant's association with Atlantic, with the intent to defraud the Plaintiff of his money.

4. Wynn's license to practice law was suspended in the Commonwealth of Massachusetts on March 18, 1988 (and continues to be suspended) and was a party in a disbarment proceeding in this court in the matter of, In Re: Wynn, 99-mc-10255.

5. Wynn has been under an Order of the Massachusetts Supreme Judicial Court to refrain from engaging in paralegal work, except for and under, the supervision of Attorney Jordan Ring or Attorney Roberta Golden.  In RE: Henry B. Wynn, No. BD87-022, Greaney, J. (March 5, 1999).

6. Wynn never informed the Plaintiff or his counsel, Robert C. Horgan, Esquire, that his license to practice law had been suspended.

7. Wynn has an office located at 270 Parsons Street, Brighton, MA and used letterhead entitled "Henry B. Wynn & Associates."

8. Attorney Jordan Ring has an office located at 4 Longfellow Place, 37th floor, Boston, MA.

9. The Massachusetts Supreme Judicial Court ordered an immediate suspension of Attorney Roberta Golden's license to practice law on April 8, 2002, (Greaney, J.)

10. The Defendant's predicate acts were numerous and were related and coordinated with the other civil RICO defendants for the intended purpose of defrauding the Plaintiff of his money.

11. The Defendants' criminal acts occurred over a substantial time beginning in January 2002 and continue today.

12. As a direct result of the individual Defendants' acts, the Plaintiff has suffered severe economic injury.

13. The Plaintiff has alleged in his complaint with specificity, sufficient facts so as to meet all elements required under the statute.

14. The Plaintiff relies on his Memorandum in Opposition to Defendant, Henry B. Wynn's Motion to Dismiss, and exhibits attached thereto in support of his opposition.

15. The Plaintiff has been denied access to the corporate documents by the subject civil RICO Defendants and therefore he should be allowed to conduct discovery and later amend his complaint. *New England Data Servs., Inc. v. Becher*, 829 F.2d 286 (1st Cir. 1987).

16. The foreign parties the Defendant claims must be joined were in fact used by the individual Defendants as a ruse to lure the Plaintiff in and deprive him of his investment and are not necessary parties, under Fed. R. Civ. P.19.

WHEREFORE, Leon Gelfand, Plaintiff in the above-captioned matter, hereby requests that this honorable court grant the following relief.

1. Deny the Defendants' Motion to Dismiss; or in the alternative,
2. Grant the Plaintiff, a reasonable period of discovery, and an opportunity to amend his complaint.

Respectfully submitted,

LEON GELFAND, Plaintiff by his attorney,

_____
Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite #300
Wellesley, MA 02481
(781) 239-1088
BBO #561947

Dated: March 22, 2004

- 3 -

## CERTIFICATE OF SERVICE

I, Richard F. Ready, Esquire, hereby certify that I have served the attached Plaintiff's Opposition to Defendant, Henry B. Wynn's Motion to Dismiss; and, Plaintiff's Memorandum in Opposition to Defendants, Henry B. Wynn's Motion to Dismiss by mailing a copy thereof, postage prepaid, this date to: Neil M. Brown, Esquire, 185 Lincoln Street, Hingham, Massachusetts, Attorney for David Goldin and Yelena Goldin; and to Gerald J. Zyfers, Esquire, 80 Clinton Place, Newton, Massachusetts, attorney for Boris Sorkin and Atlantic Fish, Inc., and to Henry B. Wynn, pro se, 33 Pond Avenue, Brookline, MA 02445.

Dated: March 22, 2004

_____
Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite 300
Wellesley, MA 02481
(781) 239-1088
B.B.O. #561947