UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
No. 03 12571 PBS

LEON GELFAND, )
        Plaintiff, )
)
)
vs. )
)
BORIS SORKIN, DAVID GOLDIN, YELENA )
GOLDIN, HENRY B. WYNN, and ATLANTIC )
FISH MARKET, INC., )
        Defendants )

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P.11

Now comes the Plaintiff, Leon Gelfand, and hereby moves this Honorable Court to strike Defendants, David Goldin's and Yelena Goldin's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11.

As reasons thereof the Plaintiff states as follows:

1. The Defendants themselves are in violation of Rule 11(c)(1)(A), by filing their Rule 11 sanctions at the exact same time they served the motion on Plaintiff's counsel.

2. Defendants filed the subject sanctions motion, along with a cover letter to the Court dated March 11, 2004.

3. The Defendants' Certificate of Service states that the sanctions motion was also served on counsel for the Plaintiff on March 11, 2004.

4. Fed. R. Civ.P. 11(c)(1)(A), requires that any motion for sanctions shall not be filed with or presented to the Court unless first served on the alleged offending party 21 days prior.

5. This Court is compelled to deny a Rule 11 sanctions motion that fails to conform with the requirements of Rule 11(c)(1)(A). *Raffaele v. Marrama*, 164 F. Supp. 2d 224, 228 (D. Mass. 2001).

6. The Defendants' Rule 11 motion is frivolous, intended to intimidate the plaintiff and his counsel and completely without merit and should be stricken and/or denied, with prejudice.

7. The Defendants' have blatantly disregarded the fair notice requirements of Rule 11 and therefore this Court strike the Defendants' motion.

8. In the alternative, if this Court does not summarily strike the Defendants' motion, in accord with Rule 11(c)(1)(A) and *Raffaele v. Marrama*, and in the interest of justice, the 21 day response period should be tolled until a decision is rendered on the within motion to strike.

- 3 -

WHEREFORE, Leon Gelfand, Plaintiff in the above-captioned matter respectfully requests that the Defendants' Motion for Rule 11 Sanctions be stricken and/or denied with prejudice.

                                      Respectfully submitted,

                                      LEON GELFAND, Plaintiff

                                      By his attorney,

                                      _____
                                      Richard F. Ready, Esquire
                                      Law Offices of Richard F. Ready
                                      25 Walnut Street, Suite #300
                                      Wellesley, MA 02481
                                      (781) 239-1088
                                      BBO #561947

Dated: March 26, 2004

## CERTIFICATE OF SERVICE

I, Richard F. Ready, counsel for Leon Gelfand, Plaintiff, hereby certifies that a true copy of the Plaintiff's Motion to Strike Defendants, David Goldin's and Yelena Goldin's Motion for Sanctions Pursuant to Fed. R. Civ. P11, has been served by mailing, first class mail, postage prepaid this date to:

Neil Marshall Brown, Esquire
185 Lincoln Street
Hingham, MA 02043

Gerald J. Zyfers, Esquire
80 Clinton Place
Newton, MA 02459-1141

Henry B. Wynn
Brook House
33 Pond Avenue #1008
Brookline, MA 02446

Dated: March 26, 2004

Richard F. Ready, Esquire
Law Offices of Richard F. Ready
25 Walnut Street, Suite 300
Wellesley, MA 02481
(781) 239-1088
B.B.O. #561947