UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LEON GELFAND,                              NO. 03-12571 PBS

     Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,

YELENA GOLDIN, HENRY B. WYNN

AND ATLANTIC FISH MARKET, INC.,

     Defendant

### DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO SUBMIT SUPPLEMENTARY MEMORANDUM TO PLAINTIFF, LEON GELFAND'S OPPOSITION TO DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO DISMISS

Now come the defendants, David Goldin and Yelena Goldin, in the above-captioned matter and respectfully request that they be permitted to file with this Court the attached Supplementary Memorandum in Support of Prior Motion to Dismiss in view of the facts and law set forth in the plaintiff, Leon Gelfand's Opposition to such Motion previously filed with this Court.

As reasons therefor the defendants believe that the attached Supplementary Memorandum will inestimably assist the Court in its decision making process relative to the disposition of the defendants' Motion to Dismiss which has been set down for hearing on April 30th particularly with respect to clarifying the underlying factual record relating to a number false and misleading statements contained in the plaintiff's Opposition and set out in Affidavit form by both the plaintiff and his prior counsel.

1

That the interests of judicial economy and the preclusion of further unnecessary spiraling costs of litigation warrant that such Motion to Supplement be allowed by the Court at this time.

Respectfully submitted.

DAVID GOLDIN AND YELENA GOLDIN,
By their attorney:

Neal Marshall Brown, Esquire
185 Lincoln Street
Hingham, Ma 02043
(781) 740-2744
BBO # 548 119

2