UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON GELFAND,
    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,
    Defendant

NO. 03-12571 PBS

### DEFENDANT, HENRY B. WYNN'S MOTION TO SUBMIT SUPPLEMENTARY MEMORANDUM TO PLAINTIFF, LEON GELFAND'S OPPOSITION TO DEFENDANT, HENRY B. WYNN'S MOTION TO DISMISS

Now comes the defendant, Henry B. Wynn, in the above-captioned matter and respectfully requests that he be permitted to file with this Court the attached Supplementary Memorandum in Support of Prior Motion to Dismiss in view of the facts and law set forth in the plaintiff, Leon Gelfand's Opposition to such previously filed Motion to Dismiss which upon further review precludes as a matter of law the plaintiff proceeding with securities fraud or wire fraud subsumed therein as a predicate acts for a RICO violation except against a person who is criminally convicted in connection with the fraud. **See 18 USC sec. 1962 (c) as amended by Pub L No. 104-67.**

The defendant additionally states that since this Court has inherent power to deny **all** relief to a party who commits a fraud upon the Court (Hazel-Atlas Glass Co. v. Hartford Empire Co., 322 U.S. 238 (1944) that in view of the number of completely false

1

and misleading statements set forth in both the plaintiff's Opposition and attached Affidavit of his prior counsel, Robert C. Horgan, Esquire (Exhibit B of such Opposition), that this Court see fit to dismiss all claims set forth in the Complaint pursuant to its inherent powers as more particularly set forth in the attached Supplementary Memorandum.

That the interests of judicial economy and the judicial preclusion in bringing down the curtain to an irresponsible pattern of frivolous and false statements permeating the plaintiff's Complaint which as a matter of law fails to state a cause of action for this Court's jurisdiction warrant that such Motion to Supplement be allowed by the Court at this time.

Respectfully submitted.

HENRY B. WYNN,

Henry B. Wynn, pro se
33 Pond Avenue
Brookline, Ma 02445
(617) 739-9005

## CERTIFICATE OF SERVICE

I certify that I have this 14th day of April 2004 caused to be hand delivered true copies of the attached documents to the following: Richard F. Ready, Esq., 25 Walnut Street, Wellesley, Ma 02481; Neal Marshall Brown, Esq., 185 Lincoln Street, Hingham, Ma 02043; Gerald J. Zyfers, Esq., 80 Clinton Place, Newton, Ma 02459.

Henry B. Wynn, pro se