UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LEON GELFAND,                                        NO. 03 12571 PBS

    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,

YELENA GOLDIN, HENRY B. WYNN AND

ATLANTIC FISH MARKET, INC.,

    Defendant

### DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION FOR SANCTIONS PURSUANT TO FED'L R. CIV. P. 11

Now come the defendants, David Goldin and Yelena Goldin (the Goldins) in the above matter and respectfully move that the Plaintiff's Opposition (the Opposition) as above noted to the Goldins' Motion for Sanctions Pursuant to Fed'l R. Civ. P. 11 (the Motion) which was served upon plaintiff's counsel on April 5, 2004 be stricken for the reason that such Opposition is premature as there is no such Motion on file with the Court as of this date and which Motion the Goldins will hold in abeyance and file with the Court on April 27, 2004 pending appropriate action on the part of plaintiff's counsel with respect to the challenged Complaint as mandated by Fed'l R. Civ. P. 11 (1) (A).

Wherefore, the Goldins respectfully request that the plaintiff's Opposition be stricken.

DAVID GOLDIN AND YELENA GOLDIN,

By their attorney:

*[signature]*

Neal Marshall Brown, Esquire
185 Lincoln Street
Hingham, Ma 02043
(781) 740-2744
BBO # 548 119