UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON GELFAND,　　　　　　　　　　　　　　　　　NO. 03 12571 PBS

　　　Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN AND
ATLANTIC FISH MARKET, INC.,

　　　Defendant

**DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO SUBMIT SUPPLEMENTAL MEMORANDUM TO PLAINTIFF, LEON GELFAND'S OPPOSITION TO DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S MOTION TO DISMISS**

Now come the defendants, David Goldin and Yelena Goldin (the Goldins), in the above-captioned matter and respectfully request that the Court strike the Plaintiff's Opposition (the Opposition) as referenced above to the Goldins' previous Motion to Submit Supplemental Memorandum to Plaintiff's Leon Gelfand's Opposition to Defendants, David Goldin's and Yelena Goldin's Motion to Dismiss (the Motion) for the following reasons:

1. That inasmuch as the Goldins' Motion was **granted** by the Court on April 15, 2004 as clearly reflected on the Court docket which action was posted to all counsel and/or parties pro se appearing in this matter, the Opposition is unduly proliferous of these proceedings, inexcusably late, palpably moot and otherwise frivolous consistent in the last respect to a similar pattern which the plaintiff and his counsel have indiscriminately indulged in with respect to the

facts alleged in the underlying Complaint which fails as a matter of law to state a cause of action under the RICO statute. See <u>Private Securities Litigation Reform Act</u> (enacted on December 22, 1995) ; <u>18 U.S.C.A. sec. 1964 (c)</u>

Wherefore, the Goldins respectfully request that the plaintiff's Opposition to stricken.

DAVID GOLDIN AND YELENA GOLDIN,

By their attorney:

Neal Marshall Brown, Esquire
185 Lincoln Street
Hingham, Ma 02043
(781) 740-2744
BBO # 548 119

CERTIFICATE OF SERVICE

I certify that I have this 23rd day of April 2004 caused to be served by **hand delivery** a true copy of the attached document to the following: Richard F. Ready, Esq., 25 Walnut Street, Wellesley, Ma 02481; Gerald J. Zyfers, Esq., 80 Clinton Place, Newton, Ma 02459; Henry B. Wynn, Brook House, 33 Pond Avenue, Brookline, Ma 02445.

Neal Marshall Brown, Esq.