UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 25 P 1:43

NO. 03-12571-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

LEON GELFAND,

    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,

    Defendants

## DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S RULE 26.2(A) AUTOMATIC DISCLOSURE STATEMENT

Pursuant to Local Rule 26.2(A) of the United States District Court for the District of Massachusetts and the Order of this Court dated April 30, 2004, the following is a list of documents that the defendants, David Goldin and Yelena Goldin, will disclose to the plaintiff, Leon Gelfand, automatically.

The defendants moved this Court on April 30, 2004 to dismiss this action pursuant to Fed'l R. Civ. P. 12(b)(1), (6) and (7). By providing the list contained herein the defendants do not concede that the plaintiff has alleged any facts with sufficient particularly or which serve as a basis to confer subject matter jurisdiction upon this Court. As such, this submission is without prejudice to the defendants' position that the plaintiff's Complaint should be dismissed and the defendants' further request for

sanctions pursuant to Fed'l R. Civ. P. 11 for the reasons set forth in the defendants' submissions.

The defendants submit this document list in good faith after a due and diligent search.

All documents described herein will be located at the offices of Neal Marshall Brown, 185 Lincoln Street, Hingham, Ma 02043.

1. Passport of Yelena Goldin. No. 102761997;

2. Treasurer's check from Cambridge Port Bank dated February 20, 2001 in the amount of seventy thousand ($70,000.00) dollars with Atlantic Fish Market, Inc. as payee;

3. Promissory note in the amount of fifty thousand ($50,000.00) dollars dated February 26, 2001 between David Goldin as payor and Veronika Goldin as payor;

4. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated February 26, 2001 between David Goldin as payor and Veronika Goldin as payee;

5. Promissory note in the amount of fifty thousand ($50,000.00) dated October 1, 2001 dollars between David Goldin as payor and Galina Gelfand as payee;

6. Promissory note dated December 21, 2001 in the amount of one hundred thousand ($100,000.00) dollars between David Goldin and Yelena Goldin as payors and Leon Gelfand as payee;

7. Stock certificate dated February 4, 2002 from Atlantic Fish Market, Inc. designating David Goldin as the owner of ten (10) shares of common stock;

8. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc. and David Goldin;

9. Promissory note in the amount of forty thousand ($40,000.00) thousand dollars dated April 18, 2002 between David Goldin as payor and Veronika Goldin as payee;

10. Copy of treasurer's check from Cambridge Port Bank dated April 18, 2002 with Atlantic Fish Market, Inc. as payee in the amount of sixty thousand ($60,000.00) dollars;

11. Copy of treasurer's check from Cambridge Port Bank dated July 8, 2002 with Atlantic Fish Market, Inc. as payee in the amount of six thousand ($6,000.00) dollars;

12. Copy of treasurer's check from Cambridge Port Bank dated July 26, 2002 with Atlantic Fish Market, Inc. as payee in the amount of ten thousand ($10,000.00) dollars;

13. Copy of wire transfer to Atlantic Fish Market, Inc. from Mercantile Bank in the amount of fifty eight thousand six hundred and six and 60/100 ($58,606.60) dollars dated August 22, 2002;

14. Copy of wire transfer to Atlantic Fish Market, Inc. from Mercantile Bank in the amount of fifty eight thousand five hundred and eighty two and 14/100 ($58,582.14) dollars dated August 22, 2002;

15. Copy of wire transfer to Atlantic Fish Market, Inc. from Mercantile Bank in the amount of eighty nine thousand five hundred ($89,500.00) dollars dated September 10, 2002;

16. Promissory note in the amount of one hundred thousand ($100,000.00) dollars dated December 11, 2002 between David Goldin as payor and Ruben Oganesov as payee;

17. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated January 10, 2003 between David Goldin as payor and Greg Tuzman as payee;

18. Promissory note in the amount of one hundred thousand ($100,000.00) dollars dated February 4, 2003 between David Goldin as payor and Karen Ogajanov as payee;

19. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin as payee;

20. Promissory note in the amount of forty thousand ($40,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Veronika Goldin as payee;

21. Promissory note in the amount of sixty four thousand ($64,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin as payee;

22. Promissory note in the amount of seventy six thousand ($76,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Taxi Dispatch, Inc. as payee;

23. Promissory note in the amount of one hundred and five thousand ($105,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Drama, Inc. as payee;

24. Promissory note in the amount of one hundred and five thousand ($105,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Odarneek, Inc. as payee;

25. Promissory note in the amount of one hundred thousand ($100,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Ruben Oganesov as payee;

26. Promissory note in the amount of ten thousand ($10,000.00) dollars dated June 24, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin, as payee.

27. Affidavit of David Goldin dated December 4, 2003 relating to Henry B. Wynn's status.

Respectfully submitted.

DAVID GOLDIN, ET AL

By their attorney:

Neal Marshall Brown, Esquire
185 Lincoln Street
Hingham, Ma 02043
(781) 740-2744
BBO # 548 119

LAW OFFICES

NEAL MARSHALL BROWN

185 Lincoln Street

Hingham, Ma 02043

FILED IN CLERKS OFFICE

2004 MAY 25 P 1:43

U.S. DISTRICT COURT
DISTRICT OF MASS.

(781) 740-2744                                                                 Fax: (781) 740-8905

Clerk for Civil Business
United States District Court
One Courthouse Way
Boston, Ma 02210                              May 24, 2004

RE: LEON GELFAND V. BORIS SORKIN, ET AL NO. 03-12571 PBS

Dear Sir/Madam:

    Enclosed herewith for the attention of the Court please find Defendants, David Goldin's and Yelena Goldin's Rule 26.1 (B) and 26.2(A) Disclosure Statements in reference to the above-captioned matter.

    Thank you for noting the docket.

Very truly yours,

Neal Marshall Brown

NMB/hbw
cc: counsel

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK LEVIN and BECKY LEVIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROGER J. HARNED, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 01-CV-11354 (PBS) |

**MOTION OF DEFENDANT DALVA BROTHERS, INC.
FOR ADDITIONAL TIME FOR EXPERT DISCLOSURE
(EXPEDITED DETERMINATION REQUESTED)**

Defendant Dalva Brothers, Inc. ("Dalva Brothers") hereby moves to extend the time until June 4, 2004 by which it is required to serve its expert designation. The grounds for this motion are more fully explained herein.

As explained in Dalva Brothers' prior motion, on April 15, 2004, plaintiffs' counsel served on local Boston counsel six expert reports consisting of over 400 pages of material. Those reports include the following:

1. A 134 page report prepared by Marshall Leigh Fallwell, Jr., dated April 15, 2004, plus 75 pages of photographs.

2. A 41 page report prepared by The Durkin Company of Boston, dated April 14, 2004.

  3. An eight page report prepared by Gordon S. Converse & Co., dated April 13, 2004.

  4. A seven page report prepared by Vernon Hyde Minor, dated April 12, 2004.

  5. A 14 page report prepared by Hugh Glover, dated April 14, 2004.

  6. An analytical report from Kate Duffy of the Williamstown Art Conservation Center, dated April 13, 2004, measuring approximately two inches in depth.

  Since receiving those reports, the Dalva brothers, who are themselves expert in the field of 18th Century furniture and decorations, have been diligently studying the reports which contain numerous references to scholarly materials and catalogues, as well as purportedly scientific data, in an effort to properly designate and prepare an expert in this action. The undersigned has been working with three experts who require additional time to complete their reports.

  There is no demonstrable prejudice to the plaintiffs; and the request will have no impact on the mediation which has been scheduled for June 14, 2004.

  It is respectfully requested that good cause exists for the extension of the deadline for defendants' expert disclosure until June 4, 2004. No additional time will be requested.

2

Conclusion

For the reasons set forth herein and in the submissions of the other defendants in this action, it is respectfully requested that the Court grant the relief sought herein.

CERTIFICATE PURSUANT TO LOCAL RULE 37.1(b)

The undersigned counsel for defendant Dalva Brothers, Inc. certifies that in conformity with the provisions of Local Rule 37.1 this motion is filed after discussion with plaintiffs' counsel regarding the subject matter of the motion and that is has been made clear by plaintiffs' counsel that the issues raised in this motion cannot be resolved except by the filing of this motion.

Dated:   Boston, Massachusetts
         May 24, 2004

                                    Respectfully submitted,

                                    DALVA BROTHERS, INC.,

                                    By its attorneys,

                                    _____
                                    Philip M. Chiappone, Pro Hac Vice
                                    McCANLISS & EARLY LLP
                                    88 Pine Street - 21st Floor
                                    Wall Street Plaza
                                    New York, New York  10005
                                    (212) 943-0280

3

# McCanliss & Early, LLP
### Wall Street Plaza
### 88 Pine Street
### New York, NY 10005

Telephone: 212-943-0280     Facsimile: 212-943-0283

May 24, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02110

      Re: Levin *et anno.* v. Harned, *et al.*
          Civil Action No. 01-CV-11354 (PBS)

Dear Clerk:

      Please accept for filing the enclosed Motion of Defendant Dalva Brothers Inc. for Additional Time for Expert Disclosure in the above-referenced action.

      We are requesting that an Expedited Determination be made by Court as the time frame for expert disclosure is to conclude soon.

      Thank you for your assistance in this regard.

                              Respectfully,

                              Philip M. Chiappone

Enclosure

cc: All Counsel of Record