UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

LEON GELFAND,

    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,

    Defendants

## DEFENDANTS, DAVID GOLDIN'S AND YELENA GOLDIN'S RULE 26.1 (B) DISCLOSURE STATEMENT

The defendants, David Goldin and Yelena Goldin, submit the following sworn statement pursuant to Local Rule 26.1 (B) (1) of the United States District Court for the District of Massachusetts and the Order issued by this Court on April 30, 2004.

1. I, Neal Marshall Brown, who represents the defendants, David Goldin and Yelena Goldin, am a sole practitioner with offices at 185 Lincoln Street, Hingham, Massachusetts.

2. I undertook in good faith and with due diligence as counsel for the defendants, the investigation required under Local Rule 26.1(B)(1).

3. The information set forth in this statement is not based upon my personal knowledge, but rather information given to me by others during the course of my investigation which I believe to be true and accurate. Since this case is at a very preliminary stage, and there are three (3) pending motions to dismiss for lack of subject matter jurisdiction and more particularly pursuant to Fed'l

1