UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

LEON GELFAND,

    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,

    Defendants

### DEFENDANT, HENRY B. WYNN'S RULE 26.1 (B) DISCLOSURE STATEMENT

The defendant, Henry B. Wynn, submits the following sworn statement pursuant to Local Rule 26.1 (B) (1) of the United States District Court for the District of Massachusetts and the Order issued by this Court on April 30, 2004.

1. I, Henry B. Wynn, am a pro se defendant in the above-referenced action and a resident of 33 Pond Avenue, Brookline, Massachusetts.

2. I undertook in good faith and with due diligence in the foregoing capacity, the investigation required under Local Rule 26.1(B)(1).

3. The information set forth in this statement is based upon my personal knowledge. Since this case is at a very preliminary stage, and there are three (3) pending motions to dismiss for lack of subject matter jurisdiction and more particularly pursuant to Fed'l R. Civ. P. 12(b)(1), (6) and (7), I am unable at this point in time to be exhaustive relative to the disclosure contained herein. Once core discovery is exchanged, I expect to be able to supplement such

1

The defendant submits this document list in good faith after a due and diligent search and to the best of his ability at the present time.

All documents described herein will be located at the offices of Henry B. Wynn, Brook House, 33 Pond Avenue, Brookline, Ma 02445.

1. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc. and Leon Gelfand;

2. Non-Competition Agreement between Atlantic Fish Market, Inc. and Leon Gelfand dated January 29, 2002;

3. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc., Boris E. Sorkin and Leon Gelfand;

4. Agreement between O U Watkins and Leon Gelfand dated April 30, 2002 relative to purchase of twenty (20%) percent of shares of stock.

5. Rider to Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Boris Sorkin and Leon Gelfand.

6. Affidavit of David Goldin dated December 4, 2003 relating to Henry B. Wynn's status with Atlantic Fish Market, Inc;

7. Affidavit of Boris E. Sorkin dated April 3, 2004 relating to Henry B. Wynn's status with Atlantic Fish Market, Inc.

8. Correspondence from the Office of Bar Counsel dated February 26, 2001.

9. Correspondence from Robert C. Horgan, Esquire to Mr. Henry Winn dated January 22, 2002 with attachment.

10. Correspondence from Robert C. Horgan, Esquire to Mr. Henry B. Wynn dated January 25, 2002 with attachment.

11. Correspondence from Robert C. Horgan, Esquire to Mr. Henry B. Wynn dated January 28, 2002.

12. Correspondence from Henry B. Wynn on Atlantic Fish Market, Inc. stationery to Robert C. Horgan, Esquire dated January 28, 2002.

13. Correspondence from Henry B. Wynn to Robert C. Horgan, Esquire dated October 20, 2003.

Respectfully submitted.

Henry B. Wynn
Brook House
33 Pond Avenue
Brookline, Ma 02445
(617) 739-9005

HENRY B. WYNN

Brook House

33 Pond Avenue

Brookline, Ma 02445

(617) 739-9005                                                                                   Fax: (617) 782-9994

Civil Clerk

United States District Court

One Courthouse Way

Boston, Ma 02210                                            May 24, 2004

RE: LEON GELFAND V. BORIS SORKIN, ET AL

  NO. 03 12571 PBS

Dear Sir/Madam:

    Enclosed herewith for the attention of the Court please find Defendant, Henry B. Wynn's Automatic Disclosure Statements pursuant to Rule 26.1(B) and 26.2(A) together with Certificate of Service.

    Please note the docket. Thank you.

Very truly yours,

Henry B. Wynn

HBW/st

cc: counsel