UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

LEON GELFAND,

    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,

    Defendants

## DEFENDANT, HENRY B. WYNN'S
## RULE 26.2(A) AUTOMATIC DISCLOSURE STATEMENT

Pursuant to Local Rule 26.2(A) of the United States District Court for the District of Massachusetts and the Order of this Court dated April 30, 2004, the following is a list of documents that the defendant, Henry B. Wynn, will disclose to the plaintiff, Leon Gelfand, automatically.

The defendant moved this Court on April 30, 2004 to dismiss this action pursuant to Fed'l R. Civ. P. 12(b)(1), (6) and (7). By providing the list contained herein the defendant does not concede that the plaintiff has alleged any facts with sufficient particularly or which serve as a basis to confer subject matter jurisdiction upon this Court. As such, this submission is without prejudice to the defendant's position that the plaintiff's Complaint should be dismissed.

1

disclosure of information. Subject to the foregoing qualifications and that this submission is made without prejudice to the defendant's position that the plaintiff's Complaint should be dismissed, I make the following statement.

4. The following individuals are potential fact witnesses who are known or believed to have substantial discoverable information about the claims and defenses in this action.

   a. Leon Gelfand, the plaintiff in this action.

   b. Aleksei Filipjev, principal of O U Watkins, Tallin, Estonia

   c. Yelena Goldin, a defendant, in this action.

   d. David Goldin, a defendant in this action.

   e. Roman Feldman, a witness believed to have exculpatory information.

   f. Irina Mirzoyan, a former secretary of the defendant, Atlantic Fish Market, Inc.

   g. Henry B. Wynn, a defendant in this action.

   h. Boris E. Sorkin, President of Atlantic Fish Market, Inc. and majority stock holder.

   i. Gerald J. Zyfers, Esquire, counsel for Boris E. Sorkin and Atlantic Fish Market, Inc.

   j. Neal Marshall Brown, Esquire, counsel for the defendants, David Goldin and Yelena Goldin.

   k. John A. Zizza, Esquire, an employer of the defendant, Henry B. Wynn.

   l. Robert C. Horgan, Esquire, former counsel for the plaintiff, Leon Gelfand.

 m. Richard F. Ready, Esquire, present counsel for the plaintiff, Leon Gelfand.

 n. Frank J. Sabo, Jr., CPA, accountant for Atlantic Fish Market, Inc.

5. The defendant has not obtained statements from any opposing party.

6. The defendant reserves the right to supplement this statement if further information requiring disclosure pursuant to Local Rule 26.1 (B)(1) is found.

The above statements are true and complete to the best of my knowledge and belief and with respect thereto this document is signed under the pains and penalties of perjury.

 Respectfully submitted.

          Henry B. Wynn, pro se
          32 Bond Avenue
          Brookline, Ma 02445
          (617) 739-9005

## CERTIFICATE OF SERVICE

I certify that I have this 24th day of May 2004 caused to be served by first class mail postage prepaid the attached Defendant, Henry B. Wynn's Disclosure Statements Pursuant to Rule 26.1(B) and 26.2(A) to ~~Stephen F.~~ Richard Ready, Esq., 23 Walnut Street, Wellesley, Ma 02481; Gerald J. Zyfers, Esq., 80 Clinton Place, Newton, Ma 02459 and Neal Marshall Brown, Esq., 185 Lincoln Street, Hingham, Ma 02043.

Henry B. Wynn