UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

```
***********************************
LEON GELFAND,
                    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,
                    Defendants
***********************************
```

<u>DEFENDANTS BORIS E. SORKIN AND ATLANTIC FISH MARKET, INC.'S
RULE 26.1 (B) DISCLOSURE STATEMENT</u>

The defendants, Boris E. Sorkin and Atlantic Fish Market, Inc., submit the following sworn statement pursuant to Local Rule 26.1 (B)(1) of the United States District Court for the District of Massachusetts and the Order issued by this Court on April 30, 2004.

1. I, Gerald J. Zyfers, Esquire, who represents the defendants, Boris E. Sorkin and Atlantic Fish Market, Inc., Massachusetts am a sole practitioner with offices at 80 Clinton Place, Newton, MA 02459.

2. I undertook in good faith and with due diligence as counsel for the defendants, the investigation required under Local Rule 26.1(B)(1).

3. The information set forth herein, which I believe is true and accurate, is not based upon my personal knowledge, but was given me by others during the course of my investigation. This case is subject to

1

three pending motions to dismiss for lack of subject matter jurisdiction; more particularly Fed'l R. Civ. P. 12(b)(1), (6) and (7). I to supplement this disclosure of information offered. This submission is made without prejudice to the defendants' position that the plaintiff's Complaint should be dismissed. The defendants further request sanctions pursuant to Fed'l. R. Civ. P. 11 for the reasons set forth in their submissions, I make the following statement.

4. The following individuals are potential fact witnesses believed to have substantial discoverable information about the claims and defenses in this action.

   a. Leon Gelfand, the plaintiff in this action.

   b. Aleksei Filipjev, principal of O U Watkins, Tallin, Estonia

   c. Yelena Goldin, a defendant, in this action.

   d. David Goldin, a defendant in this action.

   e. Henry B. Wynn, a defendant in this action.

   f. Boris E. Sorkin, President of Atlantic Fish Market, Inc. and its majority stock holder.

   g. Gerald J. Zyfers, Esquire, counsel for Boris E. Sorkin and Atlantic Fish Market, Inc.

    h. Neal Marshall Brown, Esquire, counsel for the defendants, David Goldin and Yelena Goldin.

    i. Robert C. Horgan, Esquire, former counsel for the plaintiff, Leon Gelfand.

    j. Richard F. Ready, Esquire, present counsel for the plaintiff, Leon Gelfand.

    k. Frank J. Sabo, Jr., CPA, accountant for Atlantic Fish Market, Inc.

5. The defendants have not obtained statements from any opposing party.

6. The defendants reserve the right to supplement this statement if further information requiring disclosure pursuant to Local Rule 26.1 (B)(1) is found.

The above statements are true and complete to the best of my knowledge and belief and with respect thereto this document is signed under the pains and penalties of perjury.

Respectfully submitted,
By their attorney,

Gerald J. Zyfers, Esquire
BBO No. 542967
80 Clinton Place
Newton, Ma 02459
(617) 641-9170

May 25, 2004

3