UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

```
************************************
```
LEON GELFAND,
                    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,
                    Defendants
```
************************************
```

### DEFENDANTS, BORIS E. SORKIN AND ATLANTIC FISH MARKET, INC.'S
### RULE 26.2(A) AUTOMATIC DISCLOSURE STATEMENT

Pursuant to Local Rule 26.2(A) of the United States District Court for the District of Massachusetts and the Order of this Court dated April 30, 2004, the following is a list of documents that the defendants, Boris E. Sorkin and Atlantic Fish Market, Inc., will disclose to the plaintiff, Leon Gelfand, automatically.

The defendants moved this Court on April 30, 2004 to dismiss this action pursuant to Fed'l R. Civ. P. 12(b)(1), (6) and (7). By providing the list contained herein the defendants do not concede that the plaintiff has alleged any facts with sufficient particularly or which serve as a basis to confer subject matter jurisdiction upon this Court. As such, this submission is without prejudice to the defendants' position that the plaintiff's Complaint

should be dismissed and the defendants' further request for sanctions pursuant to Fed'l R. Civ. P. 11 for the reasons set forth in the defendants' submissions.

The defendants submit this document list in good faith after a due and diligent search and to the best of their ability at the present time.

All documents described herein will be located at the offices of Gerald J. Zyfers, Esquire, 80 Clinton Place, Newton, MA 02459-1141.

1. Articles of Organization of Atlantic Fish Market, Inc. dated November 21, 1997;

2. Atlantic Fish Market, Inc. Waiver of Restriction on Sale of Common Stock dated January 25, 2002;

3. Certificate of Good Standing of Atlantic Fish Market, Inc. dated January 24, 2002.

4. Corporate tax returns for the fiscal years 2000 thru 2002 and ending June 30, 2003 relative to Atlantic Fish Market, Inc. inclusive of balance sheets and related financial data and list of assets;

5. Waiver of Board of Directors of Restriction on Sale of Common Stock dated January 25, 2002;

6. Massachusetts Corporation Annual Report dated January 22, 2002;

7. Minutes and By-Laws of the Meetings of Atlantic Fish Market, Inc and relevant data as to stock ownership.

8. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc. and Leon Gelfand;

9. Non-Competition Agreement between Atlantic Fish Market, Inc. and Leon Gelfand dated January 29, 2002;

10. Confirmation of wire transfer dated January 31, 2002 from Leon Gelfand to O U Front Holding of one hundred and thirty thousand ($130,000.00) dollars from Boston Private Bank & Trust Company;

11. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc., Boris E. Sorkin and Leon Gelfand;

12. Rider to Stock Sale Agreement dated January 29, 2002;

13. Clerk Certificate Relative to Stock Ownership dated January 25, 2002;

14. Special Meeting of Board of Directors dated February 7, 2002 relative to appointment of Leon Gelfand as Clerk of Atlantic Fish Market, Inc.;

15. Agreement between O U Watkins and Leon Gelfand dated April 30, 2002 relative to purchase of twenty (20%) percent of shares of stock;

16. Sale and Purchase Contract of Registered Immovable Contract and Encumbrance with Mortgage and Real Right Contracts dated February 21, 2002 relating to Baltrans KT and OU Frontholding with attached payment schedule relative to purchase of Tallin, Estonia real estate;

17. Exclusivity Contract No. 0612/2002 dated June 3, 2002 between Atlas Seafood OU ("Processor") of Tallin, Estonia and Atlantic Fish Market, Inc. ("Supplier") of Brighton, Massachusetts relative to processing seafood products;

18. Special Meeting of Board of Directors dated July 15, 2002 relative to appointment of David Goldin as Vice-President of Atlantic Fish Market, Inc.;

19. Special Meeting of Board of Directors dated June 13, 2003 confirming that Leon Gelfand offered to sell his stock interest to Atlantic Fish Market, Inc.;

20. Treasurer's check from Cambridge Port Bank dated February 20, 2001 in the amount of seventy thousand ($70,000.00) dollars with Atlantic Fish Market, Inc. as payee;

21. Promissory note in the amount of fifty thousand ($50,000.00) dollars dated February 26, 2001 between David Goldin as payor and Veronika Goldin as payor;

22. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated February 26, 2001 between David Goldin as payor and Veronika Goldin as payee;

23. Promissory note in the amount of fifty thousand ($50,000.00) dated October 1, 2001 dollars between David Goldin as payor and Galina Gelfand as payee;

24. Promissory note dated December 21, 2001 in the amount of one hundred thousand ($100,000.00) dollars between David Goldin and Yelena Goldin as payors and Leon Gelfand as payee;

25. Stock certificate dated February 4, 2002 from Atlantic Fish Market, Inc. designating David Goldin as the owner of ten (10) shares of common stock;

26. Stock Sale Agreement dated January 29, 2002 between Atlantic Fish Market, Inc. and David Goldin;

27. Promissory note in the amount of forty thousand ($40,000.00) thousand dollars dated April 18, 2002 between David Goldin as payor and Veronika Goldin as payee;

28. Copy of treasurer's check from Cambridge Port Bank dated April 18, 2002 with Atlantic Fish Market,

   Inc. as payee in the amount of sixty thousand
   ($60,000.00) dollars;

29. Copy of treasurer's check from Cambridge Port
   Bank dated July 8, 2002 with Atlantic Fish Market,
   Inc. as payee in the amount of six thousand
   ($6,000.00) dollars;

30. Copy of treasurer's check from Cambridge Port
   Bank dated July 26, 2002 with Atlantic Fish Market,
   Inc. as payee in the amount of ten thousand
   ($10,000.00) dollars;

31. Copy of wire transfer to Atlantic Fish Market,
   Inc. from Mercantile Bank in the amount of fifty
   eight thousand six hundred and six and 60/100
   ($58,606.60) dollars dated August 22, 2002;

32. Copy of wire transfer to Atlantic Fish Market,
   Inc. from Mercantile Bank in the amount of fifty
   eight thousand five hundred and eighty two and
   14/100 ($58,582.14) dollars dated August 22, 2002;

33. Copy of wire transfer to Atlantic Fish Market,
   Inc. from Mercantile Bank in the amount of eighty
   nine thousand five hundred ($89,500.00) dollars
   dated September 10, 2002;

34. Promissory note in the amount of one hundred
   thousand ($100,000.00) dollars dated December 11,

2002 between David Goldin as payor and Ruben Oganesov as payee;

35. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated January 10, 2003 between David Goldin as payor and Greg Tuzman as payee;

36. Promissory note in the amount of one hundred thousand ($100,000.00) dollars dated February 4, 2003 between David Goldin as payor and Karen Ogajanov as payee;

37. Promissory note in the amount of thirty thousand ($30,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin as payee;

38. Promissory note in the amount of forty thousand ($40,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Veronika Goldin as payee;

39. Promissory note in the amount of sixty four thousand ($64,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin as payee;

40. Promissory note in the amount of seventy six thousand ($76,000.00) dollars dated June 20, 2003

between Atlantic Fish Market, Inc. as payor and Taxi Dispatch, Inc. as payee;

41. Promissory note in the amount of one hundred and five thousand ($105,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Drama, Inc. as payee;

42. Promissory note in the amount of one hundred and five thousand ($105,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Odarneek, Inc. as payee;

43. Promissory note in the amount of one hundred thousand ($100,000.00) dollars dated June 20, 2003 between Atlantic Fish Market, Inc. as payor and Ruben Oganesov as payee;

44. Promissory note in the amount of ten thousand ($10,000.00) dollars dated June 24, 2003 between Atlantic Fish Market, Inc. as payor and David Goldin, as payee.

45. Affidavit of David Goldin dated December 4, 2003 relating to Henry B. Wynn's status with Atlantic Fish Market, Inc;

46. Affidavit of Boris E. Sorkin dated April 3, 2004 relating to Henry B. Wynn's status with Atlantic Fish Market, Inc.

                                      Respectfully submitted,
                                      By their attorney,

                                      _____
                                      Gerald J. Zyfers, Esquire
                                      BBO No. 542967
May 25, 2004                     80 Clinton Place
                                      Newton, Ma 02459
                                      (617) 641-9170