UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEON GELFAND,
                              Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,
                              Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

Gerald J. Zyfers, attorney for the Defendants, Boris Sorkin and Atlantic Fish Market, Inc., certifies that on May 24, 2004, he caused to be served a copy of the within "DEFENDANTS, BORIS E. SORKIN AND ATLANTIC FISH MARKET, INC.'S RULE 26.2(A) AUTOMATIC DISCLOSURE STATEMENT" and

"DEFENDANTS BORIS E. SORKIN AND ATLANTIC FISH MARKET, INC.'S RULE 26.1 (B) DISCLOSURE STATEMENT", by first class mail, postage prepaid, as follows:

Henry B. Wynn
33 Pond Street
Brookline, MA
02445

Neal Brown, Esq.
185 Lincoln Street
Hingham. MA
02043

Richard F. Ready, Esq.
25 Walnut Street
Suite 300
Wellesley, MA
02481-2106

_____
Gerald J. Zyfers