UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 03-12571 PBS

LEON GELFAND,
    Plaintiff

v.

BORIS SORKIN, DAVID GOLDIN,
YELENA GOLDIN, HENRY B. WYNN
AND ATLANTIC FISH MARKET, INC.,
    Defendants

### DEFENDANT, HENRY B. WYNN'S NOTICE OF APPEAL

Now comes the defendant, Henry B. Wynn, in the above-captioned matter and notices his appeal to the First Circuit Court of Appeals of the following Orders issued by Saris, J. on the respective dates:

1. The basis of the allowance of the defendants' Motion to Dismiss entered on May 28, 2004 and docketed with the Court on June 1, 2004;

2. The denial of the defendants, David Goldin's and Yelena Goldin's Motion for Sanctions Pursuant to Fed.R. Civ. P. 11 entered on May 28, 2004 and docketed with the Court on June 1, 2004;

3. The denial of the defendants, David Goldin's and Yelena Goldin's Motion to Strike plaintiff's Opposition to Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 entered on May 28, 2004 and docketed with the Court on June 1, 2004.

3. The denial of the defendants, Boris Sorkin's and Atlantic Fish Market, Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 entered on June 9, 2204 and docketed with the Court on June 14, 2004.

Respectfully submitted.

Henry B. Wynn, pro se
Brook House
33 Pond Avenue
Brookline, Ma 02445
(617) 739-9005

CERTIFICATE OF SERVICE

I certify that on June 30, 2004 I gave notice by first class mail postage prepaid of the attached Notice of Appeal to the following: Richard F. Ready, Esquire, 25 Walnut Street, Wellesley, Ma 02481; Gerald J. Zyfers, Esquire 80 Clinton Place, Newton, Ma 02459; Neal Marshall Brown, Esquire, 185 Lincoln Street, Hingham, Ma 02043.

Henry B. Wynn, pro se