03-12571
USDC/MA
Saris, P

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1890

LEON GELFAND,

Plaintiff, Appellee,

v.

HENRY B. WYNN,

Defendant, Appellant,

BORIS SORKIN; DAVID GOLDIN; YELENA GOLDIN;
ATLANTIC FISH MARKET, INC.,

Defendants.

## JUDGMENT
Entered: August 15, 2005

By notices issued May 17, 2005, June 10, 2005 and July 11, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by July 25, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*
**Deputy Clerk**

Date: 9/16/05

By the Court:
Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

[cc: Richard F. Ready, Esq., Gerald J. Zyfers, Esq.,
Neal M. Brown, Esq., Henry B. Wynn]